UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FURUKAWA ELECTRIC COMPANY OF NORTH AMERICA; OFS FITEL LLC,<br><br>Plaintiff,<br><br>v.<br><br>YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.,<br><br>Defendant. | Civil Action No. |

**CORPORATE DISCLOSURE STATEMENT**

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.3, plaintiffs Furukawa Electric Company of North America and OFS Fitel LLC state that they are Delaware Corporations. There are no publicly-held companies owning ten (10) percent or more of the stock of Furukawa Electric Company of North America or OFS Fitel LLC. Plaintiff OFS Fitel LLC and OFS Brightwave LLC are subsidiaries of plaintiff Furukawa Electric Company of North America. Furukawa Electric Company Ltd. is the parent corporation of plaintiff Furukawa Electric Company of North America.

3939565v1

Respectfully submitted,

FURUKAWA ELECTRIC COMPANY OF
NORTH AMERICA; OFS FITEL LLC

By its attorneys,

Sarah Chapin Columbia (BBO# 550155)
Carlos Perez-Albuerne (BBO# 640446)
E. Page Wilkins (BBO# 654535)
CHOATE HALL & STEWART
Exchange Place
53 State Street
Boston, MA 02109
Dated: June 10, 2005                  Tel.: (617) 248-5000

3939565v1