AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

FURUKAWA ELECTRIC COMPANY OF
NORTH AMERICA; OFS FITEL LLC.

**SUMMONS IN A CIVIL ACTION**

V.

YANGTZE OPTICAL FIBRE AND
CABLE COMPANY LTD.

CASE NUMBER: 05 11219 RGS

TO: (Name and address of Defendant)

YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.
Brentwood Drive, Suite 50
Sturbridge, MA 01566

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sarah Chapin Columbia
Choate, Hall & Stewart LLP
Exchange Place
53 State Street
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE   JUN 1 0 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE June 10th, 2005 |
| NAME OF SERVER (PRINT) Francis J. Trapasso | TITLE Constable and Disinterested Person |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 50 Bentwood Drive, in said Sturbridge, MA with Crawford Cutts, Agent.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 10th, 2005
Date            Signature of Server

47 Harvard Street, Worcester, MA 01609
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.