UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FURUKAWA ELECTRIC COMPANY OF NORTH AMERICA; OFS FITEL LLC,<br><br>Plaintiffs,<br><br>v.<br><br>YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.,<br><br>Defendant. | 05-cv-11219-RGS |

**DEFENDANT'S ASSENTED-TO MOTION FOR AN
ORDER SETTING THE TIME TO RESPOND TO COMPLAINT**

On June 10, 2005, Plaintiffs filed their Complaint in this action. Defendant Yangtze Optical Fibre and Cable Company Ltd. ("YOFC") hereby submits this assented-to motion for entry of an order setting July 21, 2005 as the date by which YOFC must answer, move, or otherwise respond to the Complaint.

Plaintiffs' counsel has authorized the undersigned to inform the Court that Plaintiffs assent to this motion.

[Remainder of page intentionally left blank]

Respectfully submitted,

Dated: June 28, 2005

YANGTZE OPTICAL FIBRE AND CABLE CO. LTD.,

By its attorneys,

_____
Richard S. Sanders (BBO# 562014)
Samual A. Miller (BBO# 648568)
Ben N. Kuruvilla (BBO# 657925)
Joshua L. Solomon (BB# 657761)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800 (phone)
(617) 338-2880 (fax)
rsanders@sandw.com
smiller@sandw.com
bkuruvilla@sandw.com
jsolomon@sandw.com

## LOCAL RULE 7.1(A)(2) CERTIFICATE

Undersigned counsel for YOFC certifies that counsel for YOFC has conferred with counsel for Plaintiffs and that counsel for Plaintiffs assent to this motion.

_____

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by hand.

Date: 6/28/05  _____

2