UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FURUKAWA ELECTRIC COMPANY<br>OF NORTH AMERICA; OFS FITEL LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>YANGTZE OPTICAL FIBRE AND<br>CABLE COMPANY LTD.,<br><br>    Defendant. | Civil Action No.:<br>05-cv-11219-RGS |

**DEFENDANT'S MOTION TO DISMISS OR,
IN THE ALTERNATIVE, TO STAY PROCEEDINGS**

Defendant Yangtze Optical Fibre and Cable Co. Ltd. ("YOFC") respectfully submits this Motion To Dismiss or, in the Alternative, To Stay Proceedings.

YOFC moves to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(5), on the ground that Plaintiffs Furukawa Electric Co. of North America ("Furukawa") and OFS Fitel LLC ("OFS") (collectively, "Plaintiffs") have not served process on YOFC and, as a result, that this Court lacks personal jurisdiction over YOFC. Alternatively, YOFC requests that the Court stay these proceedings pending resolution of a separately filed and pending matter that may conclusively decide many of the issues in this action.

YOFC respectfully submits the memorandum of law and declarations of Niels Gade, Crawford Cutts, and Joshua L. Solomon filed herewith in support of this motion.

WHEREFORE, YOFC respectfully requests that this Court issue an Order:

1. Dismissing this action or, in the alternative, staying this action pending the conclusion of <u>Fitel USA Corp. v. Fibercore, Inc.</u>, Civ. A. No. 02-02149-CAP (N.D. Ga. filed Aug. 2, 2002); and

2. Granting such other relief as this Court deems just and proper.

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D) of the Local Rules for the U.S. District Court for the District of Massachusetts, YOFC respectfully requests oral argument on this Motion.

Respectfully submitted,

Dated: July 21, 2005

YANGTZE OPTICAL FIBRE AND CABLE CO. LTD.,

By its attorneys,

/s/ Samual A. Miller
Richard S. Sanders (BBO# 562014)
*rsanders@sandw.com*
Samual A. Miller (BBO# 648568)
*smiller@sandw.com*
Ben N. Kuruvilla (BBO# 657925)
*bkuruvilla@sandw.com*
Joshua L. Solomon (BBO# 657761)
*jsolomon@sandw.com*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800 (phone)
(617) 338-2880 (fax)

### LOCAL RULE 7.1(A)(2) CERTIFICATE

Undersigned counsel for YOFC certifies that counsel for YOFC has conferred with counsel for Plaintiffs in a good-faith attempt to resolve or narrow the issues presented herein. Plaintiffs' counsel did not consent to the relief sought by this motion.

/s/ Samual A. Miller
Samual A. Miller