UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FURUKAWA ELECTRIC COMPANY OF NORTH AMERICA; OFS FITEL LLC, <br><br>Plaintiffs, <br><br>v. <br><br>YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD., <br><br>Defendant. | Civil Action No. 05-cv-11219-RGS |

## DECLARATION OF NIELS GADE

NIELS GADE, first being duly sworn, deposes and says:

1. I am the First Deputy General Manager of Yangtze Optical Fibre and Cable Company Ltd. ("YOFC"), defendant in the above-captioned action. I make this declaration on personal knowledge in connection with YOFC's Motion To Dismiss or, in the Alternative, To Stay Proceedings.

2. YOFC is a corporation with a principal place of business in Wuhan, China. YOFC is engaged in the business of manufacturing and selling optical fiber and cable products.

3. YOFC has never rented, used, or possessed facilities or offices in Massachusetts. YOFC has never had employees living or regularly working in Massachusetts. YOFC pays no salaries to Massachusetts-based staff. YOFC keeps no inventory in Massachusetts. YOFC currently has no stock of its product anywhere in the United States. Nor has YOFC ever maintained bank accounts, telephone listings, or mailing addresses in Massachusetts. YOFC has never been obligated to pay any taxes in Massachusetts, and it has not appointed any agent for service of process in Massachusetts.

4. YOFC has no relationship to Antares Development International, LLC ("Antares") other than a contractual one. YOFC owns no stake in Antares, and Antares owns no stake in YOFC.

5. Neither Crawford Cutts nor any other officer or employee of Antares is, or ever has been, an officer or employee of YOFC. YOFC has never appointed Cutts or Antares as an agent for service of process on YOFC. Neither Cutts nor YOFC is a managing or general agent of YOFC. Neither Cutts nor YOFC is a person in charge of YOFC's business, in Massachusetts or anywhere else.

[Rest of Page Intentionally Left Blank]

Signed under the pains and penalties of perjury on this 18th day of July, 2005.

                                                  /s/ Niels Gade
                                                  Niels Gade