UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| FURUKAWA ELECTRIC COMPANY OF NORTH AMERICA; OFS FITEL LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | 05-cv-11219-RGS |
| v. | ) ) | |
| YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD., | ) ) ) | |
| Defendant. | ) ) ) | |

**DEFENDANT YANGTZE OPTICAL
FIBRE AND CABLE COMPANY LTD.'S STATEMENT PURSUANT
TO FEDERAL RULES OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.3**

Pursuant to Fed. R. Civ. P. 7.1 and LR. 7.3, defendant Yangtze Optical Fibre and Cable Company Ltd. ("YOFC") hereby identifies the following publicly held company that owns 10% or more of YOFC's stock: Draka Holding N.V.

Respectfully submitted,

Dated:  July 21, 2005

YANGTZE OPTICAL FIBRE AND CABLE CO. LTD.,

By its attorneys,

/s/ Samual A. Miller
Richard S. Sanders (BBO# 562014)
*rsanders@sandw.com*
Samual A. Miller (BBO# 648568)
*smiller@sandw.com*
Ben N. Kuruvilla (BBO# 657925)
*bkuruvilla@sandw.com*
Joshua L. Solomon (BBO# 657761)
*jsolomon@sandw.com*
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800 (phone)