UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FURUKAWA ELECTRIC COMPANY OF NORTH AMERICA; OFS FITEL LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.,<br><br>    Defendant. | Civil Action No. 05-cv-11219-RGS |

**PLAINTIFFS' ASSENTED-TO MOTION FOR AN ORDER EXTENDING THE TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS**

Plaintiffs Furukawa Electric Company of North America and OFS Fitel LLC ("OFS") hereby submit this assented-to motion for entry of an order extending the time for OFS to respond to Defendant's Motion to Dismiss or, In the Alternative, To Stay Proceedings until August 12, 2005.

OFS's response to Defendant's Motion to Dismiss would have been due August 4, 2005. Counsel for Plaintiff have moved their offices during the course of last week. The resulting disruption has necessitated this request for a short extension of the deadline for response to the Defendant's Motion to Dismiss.

Defendant's counsel has authorized the undersigned to inform the Court that Defendant assents to this motion.

3966707v1

Dated: August 3, 2005	Respectfully submitted,

FURKUAWA ELECTRIC COMPANY OF NORTH AMERICA; OFS FITEL LLC

By: /s/ E. Page Wilkins
    Sarah Chapin Columbia (BBO# 550155)
    Carlos Perez-Albuerne (BBO# 640446)
    E. Page Wilkins (BBO# 654535)
    CHOATE, HALL & STEWART
    Two International Place
    Boston, Massachusetts 02110
    (617) 248-5000


LOCAL RULE 7.1(A)(2) CERTIFICATE

    The undersigned counsel for OFS certifies that counsel for OFS has conferred with counsel for Defendant and that counsel for Defendant assent to this motion.


    /s/ E. Page Wilkins