UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FURUKAWA ELECTRIC COMPANY OF NORTH AMERICA; OFS FITEL LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.,<br><br>Defendant. | Civil Action No. 05-11219 RGS |

### DECLARATION OF MICHELE NEIFING

I, Michele Neifing, do hereby depose and state as follows:

1. I am over eighteen years of age.

2. For the last four years I have been employed as the Sales and Marketing Senior Manager for the Optical Fiber Division for OFS Fitel, LLC ("OFS").

3. As the Sales and Marketing Senior Manager, I am responsible for the sales operations of OFS in North America for multimode and single mode optical fiber. In the course of performing my job, I regularly attend conferences and trade shows for the Fiber Optic Cabling industry.

4. Also as part of my job responsibilities I often make sales calls on OFS's major customers for multimode and single mode optical fiber.

5. In my role as OFS's Sales and Marketing Senior Manager I monitor and am aware of some of the activities of OFS's competitors, including Yangtze Optical Fibre and Cable Company Ltd. ("YOFC").

6. In approximately January of 2005, YOFC sent out announcements that it had hired Crawford Cutts as its "exclusive sales agent in North America" and as its "North American Sales, Marketing and Technical Operations Team." Those announcements also listed Mr. Cutts as the "Director, North American Sales, YOFC." A true and accurate copy of the announcements sent by YOFC are attached as Exhibit A.

7. In March of 2005, the announcements for YOFC were distributed through the New England Fibreoptic Council ("NFOEC") an industry trade group headquartered in Chestnut Hill, Massachusetts. YOFC is an active corporate member of that organization, and exhibited at the NFOEC FiberFest Conference in May of 2005, which was held in Boxborough, Massachusetts.

8. YOFC's announcements regarding Cutts also advertised that he was going to participate in an upcoming OFC/NFOEC 2005 Conference as an exhibitor.

9. In January of 2005, at the 2005 BICSI Winter Conference, I personally spoke to Cutts about his role at YOFC. Cutts told me that he was YOFC's exclusive agent in North America and that YOFC had charged him with the responsibility for growing its market share in the multimode and single mode optical fiber markets in North America.

10. In May of 2005, I also personally observed Mr. Cutts represent YOFC at another BICSI conference.

11. In December of 2004, I had cause to call upon a major OFS customer headquartered in Massachusetts. At that time, I personally observed that Mr. Cutts' name had been placed on the visitors' log.

12. In March of 2005 I saw Mr. Cutts at a meeting with the multimode and single mode fiber product management organization responsible for the same Massachusetts customer.

13. Since December of 2004, I have become aware that Mr. Cutts is actively offering YOFC's fiber optic cable products for sale to companies with operations in Massachusetts.

Signed under the pains and penalty of perjury this eleventh day of August, 2005.

*Michele Neifing*
Michele Neifing

3970171v1