UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FURUKAWA ELECTRIC COMPANY OF NORTH AMERICA; OFS FITEL LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.,<br><br>Defendant. | Civil Action No. 05-cv-11219-RGS |

**PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE, OR IN THE ALTERNATIVE, FOR AN EXTENSION OF TIME TO <u>SERVE THE DEFENDANT UNDER THE HAGUE CONVENTION</u>**

Pursuant to Federal Rule of Civil Procedure 4(f)(3), Plaintiffs Furukawa Electric North America, Inc. and OFS Fitel Inc. (collectively, "OFS") hereby move this Court for an order allowing service of the Summons and Complaint in this matter upon Defendant Yangtze Optical Fibre and Cable Company Ltd. ("YOFC") through hand delivery to YOFC's Massachusetts attorneys, Sullivan & Worcester LLP. In the alternative, OFS seeks an order granting an additional 100 days to serve YOFC under the Hague Convention. In support of this motion, OFS relies on the points and authorities detailed in the accompanying Memorandum in Support of Motion for Alternative Service, or in the Alternative, for an Extension of Time to Serve the Defendant Under the Hague Convention.

                Respectfully submitted,

By: /s/ E. Page Wilkins
    Sarah Chapin Columbia (BBO# 550155)
    Carlos Perez-Albuerne (BBO# 640446)
    E. Page Wilkins (BBO# 654535)
    CHOATE, HALL & STEWART
    Two International Place
    Boston, Massachusetts 02110
    (617) 248-5000

Dated: March 13, 2006

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 13, 2006.

          /s/ E. Page Wilkins
          E. Page Wilkins

4054586v1