UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FURUKAWA ELECTRIC COMPANY OF NORTH AMERICA; OFS FITEL LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-11219 RGS |
| vs. | ) ) ) | |
| YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD., | ) ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF E. PAGE WILKINS, ESQ.**

I, E. Page Wilkins, hereby depose and state as follows:

1.     I am an attorney, licensed to practice in the Commonwealth of Massachusetts, at the law firm of Choate, Hall & Stewart, counsel to Plaintiff, Furakawa Electric of North America, Inc. and OFS Fitel LLC.

2.     Attached hereto as **Exhibit A** is a true and accurate copy of a page from Yangtze Optical Fibre and Cable Company Ltd.'s ("YOFC's") website, available on August 11, 2005 at http://www.changfei.com.cn/cf/cf_english/index.asp.

3.     Attached hereto as **Exhibit B** is a true and accurate copy of the docket from *Yangtze Optical Fibre and Cable Co., Ltd. v. Lucent Technology, Inc.*, civil action no. 03-CV-11413 EFH.

4.     Attached hereto as **Exhibit C** is a true and accurate copy of the docket in this case.

5.     Attached hereto as **Exhibit D** is a true and accurate copy of the complaint filed in *Yangtze Optical Fibre and Cable Co., Ltd. v. Lucent Technology, Inc.*, civil action no. 03-CV-11413 EFH.

6.     Attached hereto as **Exhibit E** is a true and accurate copy of YOFC's Press Release, *YOFC Will Defend Against Patent Infringement Allegations*, dated June 17, 2005.

7.     Attached hereto as **Exhibit F** is a true and accurate copy of a YOFC presentation by Bill Beck, dated September 20, 2005.

8.     Attached hereto as **Exhibit G** is a true and accurate copy of YOFC's Press Release, *YOFC Introduces Specialty Fibre Division at OFC/NFOEC 2005*, dated March 7, 2005.


Signed under the pains and penalties of perjury this 13th of March, 2006.

/s/ E. Page Wilkins
E. Page Wilkins, Esq.


Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 13, 2006.

/s/ E. Page Wilkins
E. Page Wilkins

4053884v1

# Exhibit A



English | 中文

About us    Press    Products  Technologies  FTTH & Solutions  Customer & Service  Quality & Environment  Career  Contact us

**About us**


Company Profile

Company Objective

Company Mission


Company Culture

Company Milestones

Company Sales


Company Profile

Product information

Contact us
YOFC

Message

## ➔ Sales

In 2004, YOFC sold 6.6 million km fibres and 125,000 km of cables. The output and sales has kept No.1 in the sector in China for 13 consecutive years. Toally YOFC has sold 17 million km of fibres of which more than 30% are exported to overseas markets, and has sold nearly 600,000 sheath-km of cables (equal to 15 million fibre-km). YOFC is now the third largest fibre manufacturer and the fifth largest cable manufacturer in the world.



YOFC products have been sold to the countries or territories that are painted in red and yellow

Copyright ® 2005 Yangtze Optical Fibre and Cable Company Ltd(YOFC)
All rights reserved



鄂ICP证 030319

# Exhibit B

CLOSED

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:03-cv-11413-EFH

Yangtze Optical Fibre and Cable Company Ltd. v. Lucent Technologies Inc.
Assigned to: Senior Judge Edward F. Harrington
Demand: $1,500,000
Cause: 28:1332 Diversity-Contract Dispute

Date Filed: 07/29/2003
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Intervenor Plaintiff**

**Ganda, LLC**                                   represented by **Dennis E. McKenna**
                                                 Riemer & Braunstein
                                                 Three Center Plaza
                                                 Boston, MA 02108
                                                 617-880-3454
                                                 Fax: 617-692-3453
                                                 Email: dmckenna@riemerlaw.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yangtze Optical Fibre and Cable**              represented by **Ira K. Gross**
**Company Ltd.**                                 Sullivan & Worcester LLP
                                                 One Post Office Square
                                                 Boston, MA 02109
                                                 617-338-2823
                                                 Fax: 617-338-2880
                                                 Email: IGross@sandw.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Samual A Miller**
                                                 Sullivan & Worcester LLP
                                                 One Post Office Square
                                                 Boston, MA 02109
                                                 617-338-2435
                                                 Fax: 617-338-2880
                                                 Email: smiller@sandw.com
                                                 *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lucent Technologies Inc.**                     represented by **Chad K. Adams**
                                                 Alston & Bird

1 Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309-3424
404-881-7883
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David S. Givelber**
Alston & Bird
1 Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309-3424
404-881-7883
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence G. Green**
Perkins, Smith & Cohen, LLP
One Beacon Street, 30th Floor
Boston, MA 02108
617-854-4000
Fax: 617-854-4040
Email: lgreen@burnslev.com
*TERMINATED: 09/24/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marian Lynn Sykes**
Alston & Bird LLP
1 Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Philip R. Stein**
Alston & Bird LLP
1 Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sandra S. McQuay**
Sullivan, Weinstein & McQuay, P.C.
Two Park Plaza
Boston, MA 02116-3902
617-348-4300
Email: smcquay@swmlawyers.com
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/29/2003 | 1 | COMPLAINT against Lucent Technologies Inc. Filing fee: $ 150, receipt number 49228, filed by Yangtze Optical Fibre and Cable Company Ltd. (Attachments: # 1 Exhibit A-B - NOT SCANNED)(Tebo, Susan) (Entered: 07/30/2003) |
| 07/29/2003 | | Summons Issued as to Lucent Technologies Inc. (Tebo, Susan) (Entered: 07/30/2003) |
| 07/29/2003 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Marianne B. Bowler. (Tebo, Susan) (Entered: 07/30/2003) |
| 07/30/2003 | 2 | SUMMONS Returned Executed Lucent Technologies Inc. served on 7/29/2003, answer due 8/18/2003. (Tebo, Susan) (Entered: 07/31/2003) |
| 08/04/2003 | 3 | CORPORATE DISCLOSURE STATEMENT by Yangtze Optical Fibre and Cable Company Ltd.. (Holahan, Sandra) (Entered: 08/07/2003) |
| 08/20/2003 | 4 | NOTICE of Appearance by Lawrence G. Green on behalf of Lucent Technologies Inc. (Holahan, Sandra) (Entered: 08/21/2003) |
| 08/20/2003 | 5 | MOTION for Extension of Time to 9/5/2003 to respond to complaint by Lucent Technologies Inc..(Holahan, Sandra) (Entered: 08/21/2003) |
| 09/04/2003 | 6 | NOTICE of Scheduling Conference Scheduling Conference set for 12/9/2003 02:00 PM in Courtroom 19 before Edward F. Harrington. (Holahan, Sandra) (Entered: 09/05/2003) |
| 09/15/2003 | 7 | MOTION for Leave to Appear Pro Hac Vice by Philip R. Stein and Marian Lynn Sykes Filing fee $ 100., receipt number 50315. by Lucent Technologies Inc..(Holahan, Sandra) (Entered: 09/23/2003) |
| 09/15/2003 | 8 | DECLARATION of Philip R. Stein re 7 MOTION for Leave to Appear Pro Hac Vice by Philip R. Stein and Marian Lynn Sykes Filing fee $ 100., receipt number 50315. by Lucent Technologies Inc.. (Holahan, Sandra) (Entered: 09/23/2003) |
| 09/15/2003 | 9 | DECLARATION of Marian Lynn Sykes re 7 MOTION for Leave to Appear Pro Hac Vice by Philip R. Stein and Marian Lynn Sykes Filing fee $ 100., receipt number 50315. by Lucent Technologies Inc.. (Holahan, Sandra) (Entered: 09/23/2003) |
| 09/15/2003 | 10 | ANSWER to Complaint by Lucent Technologies Inc..(Holahan, Sandra) (Entered: 09/23/2003) |
| 09/23/2003 | | Judge Edward F. Harrington : ELECTRONIC ORDER entered granting 7 Motion for Leave to Appear Pro Hac Vice Added Philip R. Stein for Lucent Technologies Inc., Marian Lynn Sykes for Lucent Technologies Inc. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: |

| | | 09/24/2003) |
|---|---|---|
| 09/24/2003 | 11 | NOTICE of Withdrawal of Appearance Attorney Lawrence G. Green terminated. (Holahan, Sandra) (Entered: 09/30/2003) |
| 11/03/2003 | 12 | Judge Edward F. Harrington : ORDER entered granting 5 Motion for Extension of Time. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 11/07/2003) |
| 12/02/2003 | 13 | JOINT STATEMENT re scheduling conference. (Holahan, Sandra) (Entered: 12/04/2003) |
| 12/05/2003 | 15 | CERTIFICATION pursuant to Local Rule 16.1 by Yangtze Optical Fibre and Cable Company Ltd..(Holahan, Sandra) (Entered: 12/18/2003) |
| 12/09/2003 | | ELECTRONIC Clerk's Notes for proceedings held before Judge Edward F. Harrington : Scheduling Conference held on 12/9/2003; final pre-trial conference scheduled for 2/8/05 at 2PM (Court Reporter None.) (Lyons, Philip) (Entered: 12/12/2003) |
| 12/09/2003 | 14 | Judge Edward F. Harrington : PROCEDURAL ORDER re pretrial; Final Pretrial Conference set for 2/8/2005 02:00 PM in Courtroom 19 before Edward F. Harrington. SO ORDERED. cc/cl(Holahan, Sandra) (Entered: 12/16/2003) |
| 12/19/2003 | 16 | CERTIFICATION pursuant to Local Rule 16.1 by Lucent Technologies Inc..(Holahan, Sandra) (Entered: 12/23/2003) |
| 03/15/2004 | 17 | MOTION for entry of Stipulated Confidentiality and Protective Order by Yangtze Optical Fibre and Cable Company Ltd..(Holahan, Sandra) (Entered: 03/16/2004) |
| 03/17/2004 | | Judge Edward F. Harrington : ELECTRONIC ORDER entered granting 17 Motion for Stipulated Confidentiality and Protective Order. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 03/18/2004) |
| 03/17/2004 | 18 | Judge Edward F. Harrington : STIPULATED CONFIDENTIALITY and PROTECTIVE ORDER entered. cc/cl(Holahan, Sandra) (Entered: 03/18/2004) |
| 03/17/2004 | | Judge Edward F. Harrington : ORDER entered ELECTRONIC ENDORSEMENT re 18 STIPULATED CONFIDENTIALITY AND Protective Order. STIPULATION APPROVED. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 03/18/2004) |
| 07/16/2004 | 19 | MOTION to Intervene by Ganda, LLC.(Holahan, Sandra) (Entered: 07/22/2004) |
| 07/28/2004 | 20 | Joint MOTION for Extension of Time to November 2, 2004 to Complete Discovery *All fact discovery completed no later than November 2, 2004; YOFC's expert reports served no later than November 5, 2004; Lucent's expert reports served no later than November 22, 2004; Expert depositions conducted no later than December 17, 2004; Dispositive motions filed no later than January 13, 2005.* by Yangtze Optical Fibre |

| | | |
|---|---|---|
| | | and Cable Company Ltd..(Miller, Samual) (Entered: 07/28/2004) |
| 07/30/2004 | 21 | MEMORANDUM in Opposition re 19 MOTION to Intervene *Plaintiff Yangtze Optical Fibre and Cable Company Ltd.'s Opposition to Ganda LLC's Motion to Intervene* filed by Yangtze Optical Fibre and Cable Company Ltd.. (Miller, Samual) (Entered: 07/30/2004) |
| 07/30/2004 | 22 | AFFIDAVIT of Ira K. Gross, submitted in support of Plaintiff Yangtze Optical Fibre and Cable Company Ltd.'s Opposition to Ganda LLC's Motion to Intervene in Opposition re 19 MOTION to Intervene filed by Yangtze Optical Fibre and Cable Company Ltd.. (Miller, Samual) (Entered: 07/30/2004) |
| 07/30/2004 | 23 | Cross MOTION to Stay re 19 MOTION to Intervene *Plaintiff Yangtze Optical Fibre and Cable Company Ltd.'s Cross Motion for a Stay in Response to Ganda LLC's Motion for Preliminary Injunctive Relief* by Yangtze Optical Fibre and Cable Company Ltd..(Miller, Samual) (Entered: 07/30/2004) |
| 08/02/2004 | 24 | MEMORANDUM in Opposition re 19 MOTION to Intervene *of Putative Reach and Apply Plaintiff Ganda, LLC* filed by Lucent Technologies Inc.. (McQuay, Sandra) (Entered: 08/02/2004) |
| 08/02/2004 | | Judge Edward F. Harrington : ELECTRONIC ORDER entered granting 20 Motion for Extension of Time to Complete Discovery and filing of dispositive motions. JOINT MOTION IS ALLOWED. cc/cl (Holahan, Sandra) (Entered: 08/03/2004) |
| 08/05/2004 | | Judge Edward F. Harrington : ELECTRONIC ORDER entered denying 19 Motion to Intervene. MOTION IS DENIED. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 08/05/2004) |
| 08/05/2004 | | Judge Edward F. Harrington : ELECTRONIC ORDER entered denying 23 Motion to Stay. MOTION DENIED. cc/cl (Holahan, Sandra) (Entered: 08/05/2004) |
| 08/09/2004 | 25 | MOTION to Transfer Case *Venue and Memorandum in Support Thereof* by Lucent Technologies Inc..(McQuay, Sandra) Additional attachment(s) A-F added on 8/11/2004 (Holahan, Sandra). Modified on 8/11/2004 (Holahan, Sandra). (Entered: 08/09/2004) |
| 08/09/2004 | 26 | CERTIFICATE OF SERVICE by Lucent Technologies Inc.. (McQuay, Sandra) Additional attachment(s) added on 8/11/2004 (Holahan, Sandra). (Entered: 08/09/2004) |
| 08/11/2004 | 27 | CERTIFICATE OF CONSULTATION by Sandra S. McQuay on behalf of Lucent Technologies Inc.. (McQuay, Sandra) (Entered: 08/11/2004) |
| 08/23/2004 | 28 | Opposition re 25 MOTION to Transfer Case *Venue and Memorandum in Support Thereof and Request for Oral Argument* filed by Yangtze Optical Fibre and Cable Company Ltd.. (Miller, Samual) (Entered: 08/23/2004) |
| 08/23/2004 | 29 | AFFIDAVIT in Opposition re 25 MOTION to Transfer Case *Venue and Memorandum in Support Thereof of Niels Gade* filed by Yangtze Optical |

| | | Fibre and Cable Company Ltd.. (Miller, Samual) (Entered: 08/23/2004) |
|---|---|---|
| 08/23/2004 | 30 | AFFIDAVIT in Opposition re 25 MOTION to Transfer Case *Venue and Memorandum in Support Thereof of Samual A. Miller* filed by Yangtze Optical Fibre and Cable Company Ltd.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M)(Miller, Samual) (Entered: 08/23/2004) |
| 08/23/2004 | 31 | CERTIFICATE OF SERVICE by Yangtze Optical Fibre and Cable Company Ltd. *for Affidavit of Niels Gade in Opposition to Lucent Technologies, Inc.'s Motion to Tranfer Venue and Affidavit of Samual A. Miller*. (Miller, Samual) (Entered: 08/23/2004) |
| 08/30/2004 | | Judge Edward F. Harrington : ELECTRONIC ORDER entered denying 25 Motion to Transfer Case. MOTION DENIED. cc/cl (Holahan, Sandra) (Entered: 08/30/2004) |
| 11/11/2004 | 32 | Joint MOTION for Extension of Time to 11/2/04 to Complete Discovery *All fact discovery completed no later than November 2, 2004, except for depositions that had been noticed as of November 2, 2004, which will be scheduled as soon as practicable; YOFC's expert reports served no later than November 23, 2004; Lucent's expert reports served no later than December 13, 2004; Expert depositions conducted no later than January 7, 2004; Dispositive motions filed no later than January 20, 2005.* by Yangtze Optical Fibre and Cable Company Ltd..(Miller, Samual) (Entered: 11/11/2004) |
| 11/16/2004 | | Judge Edward F. Harrington : ELECTRONIC ORDER entered granting 32 Motion for Extension of Time to Complete Discovery Discovery due by 11/2/2004. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 11/16/2004) |
| 01/20/2005 | 33 | MOTION for Summary Judgment *On Liability wtih attached Local Rule 7.1 Certification* by Yangtze Optical Fibre and Cable Company Ltd.. (Miller, Samual) (Entered: 01/20/2005) |
| 01/20/2005 | 34 | MEMORANDUM in Support re 33 MOTION for Summary Judgment *On Liability wtih attached Local Rule 7.1 Certification* filed by Yangtze Optical Fibre and Cable Company Ltd.. (Miller, Samual) (Entered: 01/20/2005) |
| 01/20/2005 | 35 | AFFIDAVIT of Samual A. Miller by Yangtze Optical Fibre and Cable Company Ltd.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L# 13 Exhibit M# 14 Exhibit N# 15 Exhibit O)(Miller, Samual) (Entered: 01/20/2005) |
| 01/20/2005 | 36 | STATEMENT of facts *(Undisputed Material Facts) Pursuant to Local Rule 56.1.* (Miller, Samual) (Entered: 01/20/2005) |
| 01/20/2005 | 37 | MOTION for Summary Judgment and supporting memorandum by Lucent Technologies Inc..(Holahan, Sandra) (Entered: 01/21/2005) |

| 01/20/2005 | 38 | CERTIFICATE OF SERVICE by Lucent Technologies Inc. re 37 MOTION for Summary Judgment. (Holahan, Sandra) (Entered: 01/21/2005) |
| 01/20/2005 | 39 | STATEMENT of undisputed facts and legal principles re 37 MOTION for Summary Judgment. (Holahan, Sandra) (Entered: 01/21/2005) |
| 01/20/2005 | 40 | APPENDIX re 37 MOTION for Summary Judgment by Lucent Technologies Inc.. (NOT SCANNED - BOUND)(Holahan, Sandra) (Entered: 01/21/2005) |
| 01/26/2005 | 41 | MOTION to Withdraw *or Amend Constructive Admissions and Memorandum in Support Thereof* by Lucent Technologies Inc.. (Attachments: # 1)(McQuay, Sandra) (Entered: 01/26/2005) |
| 01/26/2005 | 42 | CERTIFICATE OF CONSULTATION *Local Rule 7.1(A)(2) Certification* by Sandra S. McQuay on behalf of Lucent Technologies Inc.. (McQuay, Sandra) (Entered: 01/26/2005) |
| 02/03/2005 | 43 | MEMORANDUM in Opposition re 37 MOTION for Summary Judgment filed by Yangtze Optical Fibre and Cable Company Ltd.. (Miller, Samual) (Entered: 02/03/2005) |
| 02/03/2005 | 44 | AFFIDAVIT *Of Ira K. Gross* by Yangtze Optical Fibre and Cable Company Ltd.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J)(Miller, Samual) Additional attachment(s) added on 2/8/2005 (Holahan, Sandra). (Entered: 02/03/2005) |
| 02/03/2005 | 45 | Response by Yangtze Optical Fibre and Cable Company Ltd. *to Lucent's LR 56.1 Statement*. (Miller, Samual) (Entered: 02/03/2005) |
| 02/03/2005 | 47 | MEMORANDUM in Opposition re 33 MOTION for Summary Judgment *On Liability wtih attached Local Rule 7.1 Certification* filed by Lucent Technologies Inc.. (Holahan, Sandra) (Entered: 02/07/2005) |
| 02/03/2005 | 48 | APPENDIX OF EXHIBITS re 47 Memorandum in Opposition to Motion for S/J by Lucent Technologies Inc.. (BOUND - NOT SCANNED) (Holahan, Sandra) (Entered: 02/07/2005) |
| 02/04/2005 | 46 | PRETRIAL MEMORANDUM by Yangtze Optical Fibre and Cable Company Ltd., Lucent Technologies Inc.. (Gross, Ira) (Entered: 02/04/2005) |
| 02/09/2005 | 49 | Judge Edward F. Harrington : ORDER entered. ORDER Setting Hearing on Motion 37 MOTION for Summary Judgment, 33 MOTION for Summary Judgment *On Liability wtih attached Local Rule 7.1 Certification*: Motion Hearing set for 2/22/2005 02:00 PM in Courtroom 13 before Judge Edward F. Harrington. SO ORDERED. cc/cl(Holahan, Sandra) (Entered: 02/09/2005) |
| 02/14/2005 | 50 | REPLY to Response to Motion re 37 MOTION for Summary Judgment filed by Yangtze Optical Fibre and Cable Company Ltd.. (Miller, Samual) (Entered: 02/14/2005) |

| 02/14/2005 | 51 | AFFIDAVIT of Yan Changkun by Yangtze Optical Fibre and Cable Company Ltd.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Miller, Samual) (Entered: 02/14/2005) |
|---|---|---|
| 02/14/2005 | 52 | REPLY MEMORANDUM in Support re 37 MOTION for Summary Judgment filed by Lucent Technologies Inc.. (Holahan, Sandra) (Entered: 02/15/2005) |
| 02/14/2005 | 53 | APPENDIX of EXHIBITS re 52 Reply Memorandum in Support of Motion by Lucent Technologies Inc.. (NOT SCANNED - BOUND) (Holahan, Sandra) (Entered: 02/15/2005) |
| 02/16/2005 | | Judge Edward F. Harrington : Electronic ORDER entered granting 41 Motion to Withdraw. MOTION ALLOWED. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 02/17/2005) |
| 02/22/2005 | | Electronic Clerk's Notes for proceedings held before Judge Edward F. Harrington : Motion Hearing held on 2/22/2005 re 37 MOTION for Summary Judgment filed by Lucent Technologies Inc.,, 33 MOTION for Summary Judgment *On Liability wtih attached Local Rule 7.1 Certification* filed by Yangtze Optical Fibre and Cable Company Ltd.,. Court hears arguments from both plaintiff and defendant; Motions taken underadvisment; (Court Reporter Carol Scott.) (Holahan, Sandra) (Entered: 02/23/2005) |
| 02/24/2005 | 54 | Judge Edward F. Harrington : MEMORANDUM AND ORDER entered granting 33 Motion for Summary Judgment, denying 37 Motion for Summary Judgment (Holahan, Sandra) (Entered: 02/24/2005) |
| 03/04/2005 | 56 | MOTION for Reconsideration or, in the alternative, for certification for interlocutory appeal, and memorandum in support thereof by Lucent Technologies Inc..(Holahan, Sandra) (Entered: 03/08/2005) |
| 03/04/2005 | 57 | CERTIFICATE OF CONSULTATION re 56 MOTION for Reconsideration by Sandra S. McQuay on behalf of Lucent Technologies Inc., Lucent Technologies Inc. (Holahan, Sandra) (Entered: 03/08/2005) |
| 03/04/2005 | 58 | APPENDIX/EXHIBIT re 56 MOTION for Reconsideration by Lucent Technologies Inc.. (NOT SCANNED - BOUND) (Holahan, Sandra) (Entered: 03/08/2005) |
| 03/08/2005 | 55 | MOTION for Hearing *For Rescheduling of Final Pretrial Conference and Trial on Damages with attached Local Rule 7.1 Certification* by Yangtze Optical Fibre and Cable Company Ltd..(Miller, Samual) (Entered: 03/08/2005) |
| 03/09/2005 | 59 | Opposition re 55 MOTION for Hearing *For Rescheduling of Final Pretrial Conference and Trial on Damages with attached Local Rule 7.1 Certification* filed by Lucent Technologies Inc.. (McQuay, Sandra) (Entered: 03/09/2005) |
| 03/18/2005 | 60 | Opposition re 56 MOTION for Reconsideration *or Certification for Interlocutory Appeal* filed by Yangtze Optical Fibre and Cable Company Ltd.. (Miller, Samual) (Entered: 03/18/2005) |

| 03/22/2005 | | Judge Edward F. Harrington : Electronic ORDER entered denying 56 Motion for Reconsideration. MOTION DENIED. cc/cl (Holahan, Sandra) (Entered: 03/22/2005) |
|---|---|---|
| 03/22/2005 | | Judge Edward F. Harrington : Electronic ORDER entered granting in part and denying in part 55 Motion for Hearing. PLAINTIFF'S MOTION IS GRANTED IN PART: TRIAL ON DAMAGES IS SET FOR 9/19/2005. SO ORDERED. cc/cl (Holahan, Sandra) (Entered: 03/22/2005) |
| 03/22/2005 | 61 | Judge Edward F. Harrington : ORDER entered. PROCEDURAL ORDER re trial Jury Trial set for 9/19/2005 09:00 AM in Courtroom 13 before Judge Edward F. Harrington. SO ORDERED. cc/cl(Holahan, Sandra) (Entered: 03/22/2005) |
| 06/10/2005 | 62 | TRANSCRIPT of Motion Hearing held on February 22, 2005 before Judge Harrington. Court Reporter: Carol Lynn Scott. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/330-1377 or the Clerk's Office. (Scalfani, Deborah) (Entered: 06/10/2005) |
| 06/29/2005 | 63 | Judge Edward F. Harrington : ORDER entered. REVISED PROCEDURAL ORDER re trial: Jury Trial RESET for 9/12/2005 09:00 AM in Courtroom 13 before Judge Edward F. Harrington. SO ORDERED. cc/cl(Holahan, Sandra) (Entered: 06/29/2005) |
| 08/08/2005 | 64 | MOTION for Leave to Appear Pro Hac Vice by Chad K. Adams Filing fee $ 50, receipt number 66119. by Lucent Technologies Inc..(Holahan, Sandra) (Entered: 08/09/2005) |
| 08/16/2005 | | Judge Edward F. Harrington : Electronic ORDER entered granting 64 Motion for Leave to Appear Pro Hac Vice Added Chad K. Adams for Lucent Technologies Inc. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 08/16/2005) |
| 08/22/2005 | 65 | STIPULATION *(Joint), Statement of Issues to be Tried and List of Witnesses* by Yangtze Optical Fibre and Cable Company Ltd., Lucent Technologies Inc.. (Miller, Samual) (Entered: 08/22/2005) |
| 08/25/2005 | 66 | MOTION in Limine *To Exclude Testimony of Newly Identified Witnesses* by Yangtze Optical Fibre and Cable Company Ltd..(Gross, Ira) (Entered: 08/25/2005) |
| 08/25/2005 | 67 | MEMORANDUM in Support re 66 MOTION in Limine *To Exclude Testimony of Newly Identified Witnesses* filed by Yangtze Optical Fibre and Cable Company Ltd.. (Gross, Ira) (Entered: 08/25/2005) |
| 08/25/2005 | 68 | AFFIDAVIT in Support re 66 MOTION in Limine *To Exclude Testimony of Newly Identified Witnesses of Samual A. Miller*. (Gross, Ira) (Entered: 08/25/2005) |
| 08/26/2005 | 71 | MOTION for Leave to Appear Pro Hac Vice by David S. Givelber by Lucent Technologies Inc..(Holahan, Sandra) (Entered: 09/02/2005) |
| 08/26/2005 | 72 | DECLARATION of David S. Givelber re 71 MOTION for Leave to |

| | | Appear Pro Hac Vice by David S. Givelber by Lucent Technologies Inc.. (Holahan, Sandra) (Entered: 09/02/2005) |
|---|---|---|
| 08/29/2005 | 69 | *Joint Proposed* Exhibit List by Yangtze Optical Fibre and Cable Company Ltd., Lucent Technologies Inc... (Miller, Samual) (Entered: 08/29/2005) |
| 09/01/2005 | 70 | Letter/request (non-motion) from Ira K. Gross *regarding a portion of Plaintiff's Motion In Limine regarding excluding testimony of three witnesses having become moot.* (Gross, Ira) (Entered: 09/01/2005) |
| 09/06/2005 | | Judge Edward F. Harrington : Electronic ORDER entered granting 71 Motion for Leave to Appear Pro Hac Vice Added David S. Givelber for Lucent Technologies Inc. MOTION ALLOWED. cc/cl (Holahan, Sandra) (Entered: 09/06/2005) |
| 09/06/2005 | 73 | MOTION in Limine *To Exclude Certain Exhibits Proposed By Plaintiff* by Lucent Technologies Inc..(McQuay, Sandra) (Entered: 09/06/2005) |
| 09/06/2005 | 74 | MEMORANDUM in Support re 73 MOTION in Limine *To Exclude Certain Exhibits Proposed By Plaintiff* filed by Lucent Technologies Inc.. (McQuay, Sandra) (Entered: 09/06/2005) |
| 09/06/2005 | 75 | MOTION in Limine *To Exclude Testimony with attached Local Rule 7.1 Certification* by Yangtze Optical Fibre and Cable Company Ltd..(Miller, Samual) (Entered: 09/06/2005) |
| 09/06/2005 | 76 | MEMORANDUM in Support re 75 MOTION in Limine *To Exclude Testimony with attached Local Rule 7.1 Certification* filed by Yangtze Optical Fibre and Cable Company Ltd.. (Attachments: # 1 Exhibit A, B and C)(Miller, Samual) (Entered: 09/06/2005) |
| 09/06/2005 | 77 | NOTICE by Yangtze Optical Fibre and Cable Company Ltd. *of Objections to Defendant's Proposed Trial Exhibits* (Miller, Samual) (Entered: 09/06/2005) |
| 09/06/2005 | 78 | MOTION in Limine *to Exclude Certain Exhibits Proposed by Plaintiff* by Lucent Technologies Inc..(McQuay, Sandra) (Entered: 09/06/2005) |
| 09/06/2005 | 79 | MEMORANDUM in Support re 78 MOTION in Limine *to Exclude Certain Exhibits Proposed by Plaintiff* filed by Lucent Technologies Inc.. (Attachments: # 1 # 2 # 3)(McQuay, Sandra) (Entered: 09/06/2005) |
| 09/06/2005 | | Filing fee: $ 50.00, receipt number 66615 regarding motion to appear phv (Holahan, Sandra) (Entered: 09/07/2005) |
| 09/19/2005 | 80 | Letter/request (non-motion) from Ira K. Gross *reporting on status of settlement.* (Gross, Ira) (Entered: 09/19/2005) |
| 10/19/2005 | 81 | STIPULATION of Dismissal by Yangtze Optical Fibre and Cable Company Ltd., Lucent Technologies Inc.. (Miller, Samual) (Entered: 10/19/2005) |
| 10/19/2005 | | Judge Edward F. Harrington : Electronic ORDER entered. ELECTRONIC ENDORSEMENT re 81 Stipulation of Dismissal filed by |

|  |  | Yangtze Optical Fibre and Cable Company Ltd.,, Lucent Technologies Inc., STIPULATION OF DISMISSAL IS ALLOWED AND APPROVED. cc/cl(Holahan, Sandra) (Entered: 10/20/2005) |
| 10/20/2005 |  | Civil Case Terminated. (Holahan, Sandra) (Entered: 10/20/2005) |

| PACER Service Center | | |
| --- | --- | --- |
| Transaction Receipt | | |
| 03/10/2006 10:22:29 | | |
| PACER Login: ch0042 | Client Code: | 2006346-0001 |
| Description: Docket Report | Search Criteria: | 1:03-cv-11413-EFH |
| Billable Pages: 6 | Cost: | 0.48 |

# Exhibit C

TRADE

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-11219-RGS

Furukawa Electric Company of North America et al v.
Yangtze Optical Fibre and Cable Company LTD
Assigned to: Judge Richard G. Stearns
Cause: 35:271 Patent Infringement

Date Filed: 06/10/2005
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Furukawa Electric Company of
North America**

represented by **Carlos J. Perez-Albuerne**
Choate, Hall & Stewart
Two International Place
100-150 Oliver Street
Boston, MA 02110
617-248-5000
Fax: 617-248-4000
Email: cpa@choate.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth P. Wilkins**
Choate, Hall & Stewart
Two International Place
100-150 Oliver Street
Boston, MA 02110
617-248-4066
Fax: 617-248-4000
Email: pwilkins@choate.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Columbia**
Choate, Hall & Stewart
Two International Place
100-150 Oliver Street
Boston, MA 02110
617-248-5053
Fax: 617-248-4000
Email: scolumbia@choate.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**OFS Fitel LLC**

represented by **Carlos J. Perez-Albuerne**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth P. Wilkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah C. Columbia**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Yangtze Opital Fibre and Cable Company LTD**          represented by   **Ben Kuruvilla**
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
617-338-2813
Fax: 617-338-2880
Email: bkuruvilla@sandw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joshua L. Solomon**
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
617-338-2408
Fax: 617-338-2880
Email: jsolomon@sandw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard S. Sanders**
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
617-338-2855
Fax: 617-338-2880
Email: rsanders@sandw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Samual A Miller**
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

617-338-2435
Fax: 617-338-2880
Email: smiller@sandw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/10/2005 | 1 | COMPLAINT against Yangtze Opital Fibre and Cable Company LTD Filing fee: $ 250, receipt number 64897, filed by Furukawa Electric Company of North America, OFS Fitel LLC. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7)(Flaherty, Elaine) (Entered: 06/15/2005) |
| 06/10/2005 | | Summons Issued as to Yangtze Opital Fibre and Cable Company LTD. (Flaherty, Elaine) (Entered: 06/15/2005) |
| 06/10/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Flaherty, Elaine) (Entered: 06/15/2005) |
| 06/10/2005 | 2 | CORPORATE DISCLOSURE STATEMENT by Furukawa Electric Company of North America, OFS Fitel LLC. (Flaherty, Elaine) (Entered: 06/15/2005) |
| 06/21/2005 | 3 | SUMMONS Returned Executed Yangtze Opital Fibre and Cable Company LTD served on 6/10/2005, answer due 6/30/2005. (Flaherty, Elaine) (Entered: 06/21/2005) |
| 06/28/2005 | 4 | MOTION for Extension of Time to 7/21/05 to answer complaint by Yangtze Opital Fibre and Cable Company LTD.(Flaherty, Elaine) (Entered: 06/30/2005) |
| 07/01/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 4 Motion for Extension of Time (Flaherty, Elaine) (Entered: 07/01/2005) |
| 07/21/2005 | 5 | MOTION to Dismiss *or in the alternative, to Stay Proceedings* by Yangtze Opital Fibre and Cable Company LTD. modified on 7/25/2005 (Flaherty, Elaine). (Entered: 07/21/2005) |
| 07/21/2005 | 6 | MEMORANDUM in Support re 5 MOTION to Dismiss *or in the alternative, to Stay Proceedings* filed by Yangtze Opital Fibre and Cable Company LTD. (Attachments: # 1 Exhibit A)(Miller, Samual) (Entered: 07/21/2005) |
| 07/21/2005 | 7 | DECLARATION re 5 MOTION to Dismiss *or in the alternative, to Stay Proceedings of Joshua L. Solomon* by Yangtze Opital Fibre and Cable Company LTD. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Miller, Samual) (Entered: 07/21/2005) |
| 07/21/2005 | 8 | DECLARATION re 5 MOTION to Dismiss *or in the alternative, to Stay Proceedings of Crawford Cutts* by Yangtze Opital Fibre and Cable Company LTD. (Attachments: # 1 Exhibit A)(Miller, Samual) (Entered: 07/21/2005) |

| 07/21/2005 | 9 | DECLARATION re 5 MOTION to Dismiss *or in the alternative, to Stay Proceedings of Niels Gade* by Yangtze Opital Fibre and Cable Company LTD. (Miller, Samual) (Entered: 07/21/2005) |
| 07/21/2005 | 10 | CORPORATE DISCLOSURE STATEMENT by Yangtze Opital Fibre and Cable Company LTD. (Miller, Samual) (Entered: 07/21/2005) |
| 07/25/2005 | | Notice of correction to docket made by Court staff. Correction: motion to dismiss corrected because: Atty notified court that attachment should be deleted, filed in error (Flaherty, Elaine) (Entered: 07/25/2005) |
| 08/03/2005 | 11 | Assented to MOTION for Extension of Time to August 12, 2005 to File Response/Reply as to 5 MOTION to Dismiss *or in the alternative, to Stay Proceedings* by Furukawa Electric Company of North America, OFS Fitel LLC.(Wilkins, Elizabeth) (Entered: 08/03/2005) |
| 08/04/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 11 Motion for Extension of Time to File Response/Reply re 5 MOTION to Dismiss *or in the alternative, to Stay Proceedings* Responses due by 8/12/2005 (Flaherty, Elaine) (Entered: 08/04/2005) |
| 08/12/2005 | 12 | Opposition re 5 MOTION to Dismiss *or in the alternative, to Stay Proceedings* filed by Furukawa Electric Company of North America, OFS Fitel LLC. (Wilkins, Elizabeth) (Entered: 08/12/2005) |
| 08/12/2005 | 13 | DECLARATION re 12 Opposition to Motion *to Dismiss or in the Alternative to Stay Proceedings* by Furukawa Electric Company of North America, OFS Fitel LLC. (Wilkins, Elizabeth) (Entered: 08/12/2005) |
| 08/12/2005 | 14 | DECLARATION re 12 Opposition to Motion *to Dismiss or in the Alternative to Stay Proceedings* by Furukawa Electric Company of North America, OFS Fitel LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K)(Wilkins, Elizabeth) (Entered: 08/12/2005) |
| 08/16/2005 | | Electronic NOTICE of Hearing: "a hearing on deft's motion to dismiss or in the alternative, stay proceedings, is scheduled for WEDNESDAY, NOVEMBER 9, 2005 AT 2:30 P.M. before Stearns, DJ." Mary Johnson, Courtroom Clerk. (Johnson, Mary) . (Entered: 08/16/2005) |
| 11/09/2005 | | Clerk's Notes for proceedings held before Judge Richard G. Stearns : Motion Hearing held on 11/9/2005 re 5 MOTION to Dismiss *or in the alternative, to Stay Proceedings* filed by Yangtze Opital Fibre and Cable Company LTD,. Present at the hearing, Attorneys Wilkins and Columbia represented Furukawa and OFS; Attorneys Solomon, SAnder and Miller represented Yangtze.(Court Reporter Gibbons.) After hearing, the matter was taken UNDER ADVISEMENT.(Zierk, Marsha) (Entered: 11/09/2005) |
| 11/16/2005 | 15 | Judge Richard G. Stearns : MEMORANDUM AND ORDER on Defendant's Motion to Dismiss or, in the alternative, to stay proceedings, ENTERED.(Flaherty, Elaine) (Entered: 11/16/2005) |

| 01/11/2006 | 16 | NOTICE of Scheduling Conference Scheduling Conference set for 2/27/2006 03:45 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 01/12/2006) |
| 01/26/2006 | | Remark by Deputy Clerk M. Johnson" "the Rule 16(b) SchedulingConference presently scheduled for Feb. 27, 2006 at 3:45 P.M. is herebyCANCELLED until further order of the Court". M. Johnson, Deputy Clerk. (Johnson, Mary) (Entered: 01/26/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 03/10/2006 10:21:46 | | | |
| **PACER Login:** | ch0042 | **Client Code:** | 2006346-0001 |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-cv-11219-RGS |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

# Exhibit D

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIPT #_____
AMOUNT $ _150_
SUMMONS ISSUED_X-1_
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK._____
DATE_____7-29-13_

```
                              )
YANGTZE OPTICAL FIBRE AND    )
CABLE COMPANY LTD.,          )
                              )
        Plaintiff,           )
                              )
    v.                       )
                              )
LUCENT TECHNOLOGIES INC.,    )
                              )
        Defendant.           )
                              )
```

CIVIL ACTION NO. _____

**03 CV 11413 EFH**

## COMPLAINT

MAGISTRATE JUDGE Bowler

For its complaint against defendant Lucent Technologies Inc. ("Lucent"), plaintiff

Yangtze Optical Fibre and Cable Company Ltd. ("YOFC"), by its attorneys, alleges as follows:

### Statement of the Case

1. This is an action for damages for Lucent's breach of a contract for its purchase

from YOFC of certain minimum quantities of optical fiber during the period 2001 through 2003.

YOFC seeks to recover its lost profits and other damages resulting from Lucent's failure and

refusal to make purchases in accordance with its obligations under the contract.

### Parties

2. YOFC is a corporation organized and existing under the laws of the People's

Republic of China, with its principal place of business located in Wuhan, China. YOFC is a

manufacturer of optical fiber and cable products.

3. Lucent is a corporation organized and existing under the laws of Delaware, with

its principal place of business located in Murray Hill, New Jersey. Lucent has been registered

since 1995 as a foreign corporation qualified to do business in Massachusetts and maintains a usual place of business in North Andover, Massachusetts.

## Jurisdiction and Venue

4. This court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332(a)(2) in that the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs and is between a citizen of a state and a citizen of a foreign state.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391(a) in that Lucent resides in this district.

## Claim for Relief

6. On or about February 9, 2001 YOFC and Lucent entered into a contract in writing (the "Supply Agreement") that provides for YOFC to sell, and Lucent to purchase, quantities of 62.5 micron multimode optical fiber of YOFC's manufacture (the "Fiber") during the period 2001 through 2003. (A copy of the Supply Agreement, without Attachments A, B and C, is annexed to this complaint as Exhibit A.) The Supply Agreement was amended (the "Amendment") on March 19, 2001. (A copy of the Amendment is annexed to this complaint as Exhibit B.) At the time the Supply Agreement was entered into, worldwide demand for Fiber and similar materials was very strong and supply was limited.

7. The Supply Agreement provides that Lucent "commits to purchase from" YOFC a minimum quantity of 100,000 kilometers of Fiber in each of calendar years 2001, 2002, and 2003.

8. The sales price for Fiber under the Supply Agreement as originally executed was $108.00 per kilometer, subject to potential adjustment in accordance with provisions entitled "BEST PRICE" and "PRICE REVISION." The Amendment modified the "PRICE" provision in

- 2 -

the Supply Agreement to reduce the sales price to $100.75 per kilometer, effective March 26, 2001.

9. Pursuant to the Supply Agreement, Lucent purchased and accepted delivery of approximately 52,000 kilometers of Fiber during the period January through July 2001.

10. In July 2001 Lucent informed YOFC that Lucent wished to postpone scheduled deliveries of Fiber for the months of August and September 2001. YOFC agreed to postpone those deliveries until later in 2001.

11. In August 2001 Lucent informed YOFC that Lucent wished to postpone all further deliveries of Fiber under the Supply Agreement until 2002, citing a decline in global demand. YOFC did not agree to this request. Indeed by letter dated August 30, 2001 YOFC informed Lucent that YOFC regarded Lucent's conduct as a breach of the Supply Agreement.

12. On or about October 11, 2001 Lucent wrote YOFC, informing it that Lucent had agreed to sell its Optical Fiber Solutions ("OFS") business (for which Lucent had been purchasing the Fiber from YOFC) to the Furukawa Electric Co., Ltd. ("Furukawa") and requesting that YOFC consent to an assignment of the Supply Agreement to Furukawa and/or any entity designated by Furukawa.

13. On November 6, 2001 YOFC wrote to Lucent, acknowledging Lucent's request for consent to assignment of the Supply Agreement and, in view of Lucent's ongoing failure to honor its purchase commitments and YOFC's unfamiliarity with the proposed assignee, requesting certain information that might aid YOFC in reaching a decision concerning Lucent's request. By November 23, 2001, having failed to receive the requested information, YOFC again wrote Lucent and reiterated its request. Lucent failed to respond to this request as well.

14. YOFC has never consented to assignment of the Supply Agreement.

- 3 -

15. By letter dated November 19, 2001, Walter Simmons, formerly Supply Chain Network Director of Lucent, informed YOFC that Lucent's sale of its OFS business had been completed and that that business would continue to be operated by two entities – OFS BrightWave, LLC and OFS Fitel, LLC (the "OFS Entities") – of which Mr. Simmons had become Director – Supply Chain Networks.

16. During the period November 2001 through May 2002 YOFC had intermittent discussions with Mr. Simmons regarding the Supply Agreement and the possibility that the OFS Entities, in lieu of Lucent, would purchase Fiber from YOFC in a manner that YOFC would accept in fulfillment of the Supply Agreement's purchase requirements. No agreement was reached concerning satisfaction of Lucent's unfulfilled obligations under the Supply Agreement, but OFS BrightWave, LLC did purchase from YOFC a total of approximately 14,000 kilometers of Fiber, in five shipments between December 2001 and May 2002, and YOFC agreed to treat the purchases as if made by Lucent under the Supply Agreement.

17. Including the OFS BrightWave LLC purchases, a total of 65,627 kilometers of Fiber has been purchased under the Supply Agreement, leaving a balance of 234,373 kilometers to be purchased in fulfillment of the minimum requirements provided for therein.

18. Lucent has failed and refused to fulfill the remaining purchase requirements under the Supply Agreement and has thereby committed a breach of the Supply Agreement.

19. As a consequence of Lucent's breach of the Supply Agreement, YOFC has suffered damages, including lost profits and impairment of good will, in an amount that exceeds $15 million.

- 4 -

## Request for Relief

WHEREFORE, YOFC requests that the court:

1.     Enter judgment in its favor against Lucent for all damages it has sustained as a result of Lucent's breach of the Supply Agreement and failure to fulfill its minimum purchase requirements thereunder, together with interest and costs; and

2.     Grant YOFC such other and further relief as the court deems just.

YANGTZE OPTICAL FIBRE AND
CABLE COMPANY LTD.

By its attorneys,

July 29, 2003

Ira K. Gross (BBO# 212720)
Samual A. Miller (BBO# 648568)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts  02109
(617) 338-2800

- 5 -

# Exhibit E







**News**

◈ Company News

◈ YOFC Today



**Company Profile**

**Product Information**

**Contact us YOFC**

**Message**

**Company news** ───────────────────────────

### YOFC Will Defend Against Patent Infringement Allegations

#### (2005-6-17)

Yangtze Optical Fibre and Cable Company Ltd (YOFC), a world leader in the optical fibre market, has learned that Furukawa Electric North America (Furukawa) and its subsidiary LLC (together, OFS) recently filed a complaint against YOFC in the United States District the District of Massachusetts. In its complaint, OFS alleges that YOFC has infringed a patents. YOFC itself invests heavily in research and development, has its own extensive property portfolio, and has great respect for the sanctity of the intellectual property right Accordingly, YOFC intends to defend this lawsuit and its reputation vigorously.

#### About YOFC

YOFC was jointly founded in 1988 by the former Ministry of Posts and Telecommunicati municipal government and Philips of the Netherlands, and now is being operated Telecommunications (Group) Corporation, Wuhan Changjiang Telecommunications Indu Corporation Ltd. and Draka Comteq B.V. of the Netherlands. YOFC is a high-tech coope dedicated to the manufacturing, research and development of optical fibre and cable pro equipped with the state-of-the-art technologies, YOFC is able to offer customers various and cable products. YOFC is located at 4# Guanshan Er Road in the scenic East L Development Zone.

Contact Person: Mr. Yan Changkun, Sales Director of YOFC
Email: yofcsale@public.wh.hb.cn
Tel: +86 27 87802541
Add: 4# Guanshan Er Road, Wuhan, Hubei, China

Copyright ® 2005 Yangtze Optical Fibre and Cable Company Ltd(YOFC)
All rights reserved

# Exhibit F



# Plasma Chemical Vapor Deposition (PCVD)

*A New Tool for Advanced Optical Fiber Development*

## Bill Beck

Director, North American Sales

YOFC Specialty Optical Fiber



# Outline

- Introduction to YOFC

- Description of the PCVD "Platform"

- Examples of how PCVD process enables advanced and difficult fiber designs

- Summary and conclusions



# Introduction to YOFC

- Yangtze Optical Fibre and Cable Co., Ltd.

- Founded in 1988

- Original JV with and technology from Philips Holland

- Third largest fibermaker in the world

- Largest market share in China

- Uses the Plasma Chemical Vapor Deposition (PCVD) preform fabrication process

- Now marketing fiber in NorthAmerica



# YOFC Wuhan Plant



- Second largest fiber factory in the world
- ~1 Million square feet
- ~1000 employees
- 15 Million fiber *kilometer* per year capacity



# PCVD Deposition System



SiCl4+GeCl4+
C2F6+O2

Magnetron

Silica Tube

Plasma

Resonator

Furnace

Pumping
system



# PCVD "Platform"

1. PCVD is a **system for depositing ultra-pure, synthetic silica** and doped-silica inside a "deposition" tube

2. A "Magnetron" induces an RF field *inside* the rotating silica tube creating a low-pressure *plasma*

3. Input chemicals react very rapidly in the *plasma* driving fast, efficient and highly controlled **"direct deposition"**

4. The entire tube is kept consistently warm during the deposition process in a **low temperature furnace**

5. Once the desired composition is deposited, the tube is collapsed under pressure into a solid **"preform"**

6. The preform is then over-sleeved with another larger tube and then drawn into **optical fiber**



# PCVD Process Advantages

1. Direct deposition **"locks in" profile** and dopant

2. Extremely high levels of Germanium and Fluorine incorporation means **high material yield**; low waste

3. High levels of dopant incorporation enables **very high NA** designs (singlemode or multimode)

4. Preforms are comprised of *thousands of layers*, enabling complex, near-perfect **"hyperfine" refractive index profiles (RIPs)**

5. Constant, *low* temperature substrate **prevents geometric distortions** and increases **axial consistency**

6. Very rapid and efficient direct-deposition **reduces cost**

7. No Phosphorous used make fibers intrinsically "rad-hard"



# Refractive Index Profiles (RIPs)

Core

Cladding



# PCVD - Direct Deposition

**Process Feature:**

Plasma direct deposition allows the desired refractive index profile (RIP) to be "locked" into the preform

**Customer Benefits:**

- High degree of process control improves intra-lot consistency and lot-to-lot repeatability

- Ability to nail recipe eliminates long, iterative, "trial and error" development cycles



# PCVD - Dopant Incorporation

## Process Feature:

Plasma enables very high levels of dopant incorporation (>90%)

## Customer Benefits:

- High absolute levels of Germanium can achieved
- Highly photosensitive fibers possible
- High capture rate reduces material cost (5x MCVD)
- Large core Ge doped fibers now cost effective
- High level of Fluorine down-doping possible
- Depressed clad fibers
- Pure silica core fibers
- Complex index profiles possible
- Low levels of Ge and F waste reduces overall cost



# PCVD - Ge + F incorporation

## Process Feature:

High levels of BOTH dopants can be incorporated as core and cladding or together as core or cladding

## Customer Benefits:

- Ultra-high NA fibers can be produced easily

- 0.35 for singlemode

- 0.30 for multimode

- Ge + F Co-doping produces arbitrary index with very low -OH content resulting in very low, flat attenuation



# PCVD - *Thousands* of layers

## Process Feature:

PCVD rapidly deposits ***thousands*** of ultra thin, ultra precise silica or doped silica layers

## Customer Benefits:

- Near-perfect profile "curve-fitting"
- Ultra-high bandwidth graded-index fibers
- Complex waveguide designs easily fabricated
- Designs achieved with very few iterations



# PCVD - *Hyperfine* RIPs

## Process Feature:

- Hyperfine layer structure (approaching nanometer thickness) can be achieved and locked in

- There is no post-deposition sintering step to change dopant levels and "smooth" the sharp edges of the RIP

## Customer Benefits:

- Complex waveguide structures possible

- Multi-ring structures possible

- Fine structures can be added to conventional profiles

- Hyperfine *material* profiles can be superimposed or merged with index profiles



Complex, Hyperfine Refractive Index Profiles



# PCVD - Low Temperature Substrate

## Process Feature:

Plasma is formed *inside* the substrate tube (*Think: Microwave Oven*)

Tube is kept at a lower and consistent (end-to-end) temperature during deposition

## Customer Benefits:

- Substrate tube does not deform, go oval or sag along its length

- Preform and resulting fiber has **very tight tolerances** and **consistent geometry**

- Preform has very **high axial consistency**

- Produces **very consistent fibers** within the spool and the whole draw

NEFC September 20, 2005



# PCVD - Ultra-fast Core deposition

## Process Feature:

Plasma process achieves very rapid and material-efficient
core layer deposition

## Customer Benefits:

- Rapid prototyping of new designs
- Cost effective manufacturing
- Cost reduction of highly-doped, large core designs

# Ultra-High Bandwidth Graded Index Fibers





PCVD produces a
near-perfect graded
index profile

- PCVD produces the highest bandwidth 50/125 GIMM fibers in the world

- These fibers can support 10GBps over 2 kilometers or 2.5 GBps over 8 kilometers of MULTIMODE FIBER

3/10/2006

NEFC September 20, 2005

17



# PCVD - Dispersion Compensation



- Patented "second generation" Dispersion Compensating Fiber design

- High DC/km combined with low attenuation/km reduces the length of fiber required and resulting latency



# PCVD - "Special RED"

- Using the PCVD process to produce hyperfine index profiles *and* hyperfine Rare Earth Dopant (RED) profiles

- Ultra-fine layer structure insures homogeneity and eliminates clustering of Rare Earth dopants

- PCVD process flexibility enables hybrid functions to be designed into RED fibers...

# Summary and Conclusions

- PCVD provides a <u>flexible, cost effective platform</u> for advanced fiber design and fabrication

- It is particularly well suited for designs that require <u>highly controlled, hyperfine refractive index profiles</u>

- PCVD enables <u>rapid prototyping</u>, minimizes iterations and <u>results in a high performance</u>, next generation fibers for communications, impairment correction, sensing, power delivery and control

# Exhibit G



**Yangtze Optical Fibre and Cable Company, Ltd.**

**PRESS RELEASE**                                                                 **March 7, 2005**

### YOFC Introduces Specialty Fiber Division at OFC/NFOEC 2005

**Anaheim, California, March 7, 2005–** Yangtze Optical Fibre and Cable Company, Ltd. (YOFC) manufacturer and worldwide supplier of industry-leading optical fiber and cable, today announced the establishment of its Specialty Fiber Division (SFD) at OFC/NFOEC 2005. "In 2004, YOFC made a strategic commitment to bring its world class PCVD fiber making capabilities to the Specialty Optical Fiber (SOF) market", said Yan Changkun, Sales Director for YOFC Global.

YOFC Specialty Fibers will leverage its parent company's scale, scope, manufacturing processes and nearly fifteen years of fiber making experience. SFD will focus on applications that require extremely high performance, complex refractive index profiles and tight geometrical tolerances. YOFC currently offers the highest bandwidth, lowest attenuation 50/125 micron graded index fiber in the world.

YOFC will be introducing its extensive product line of world-class singlemode, graded index and specialty optical fibers. Capabilities include standard communications fibers, high performance graded index, step-index multimode all-silica, polymer clad fibers and custom profile designs. YOFC also has extensive buffering, coating and buffering capability including custom coloring, up-jacketing and ribbonizing.

YOFC is represented in North America by Antares International Development, LLC, founded by Crawford Cutts. Indsutry veteran Bill Beck is managing the marketing and sales of specialty fibers and performs for Antares.

Beck began his career in fiber optics in 1981. He was a pioneer in the development of specialty fiber applications as President of Ensign-Bickford Optics, SpecTran Specialty Optics and most recently as co-founder and CEO of Verrillon. He has been consulting in fiber optics, sensors and lasers before joining his longtime colleague Crawford Cutts, representing YOFC–North America in February of this year.

**About YOFC**
Yangtze Optical Fibre and Cable Company, Ltd. (YOFC) was established in 1988 by Philips of the Netherlands and China's Ministry of Post and Telecommunications. Today, YOFC is the largest supplier of optical fiber and cable to the Chinese market and exports its products to the United States and several countries in the Americas, Europe

and the Far East. Located in China's "Optical Valley" in Wuhan, YOFC operates the world's second largest optical fiber manufacturing facility using the patented and proprietary Plasma Chemical Vapor Deposition process. The PCVD process is widely recognized as the industry's most effective process for the precise manufacturing of complex index profile fibers such as high bandwidth multimode, dispersion controlled or low water peak single mode and other special designs

US Contact:

Bill Beck
Director, North American Sales
YOFC - North America
P.O. Box 1118
Philmont, NY 12565-8118
+1.617.290.3861
bill.beck@yofcna.com

China Contact:

Yan Changkun
Sales Director
YOFC
4 Guanshan Er Road
Wuhan, China 430073
+86 27 878 2541 2400
yofcsale@public.wh.hb.cn