**United States District Court for the District of Massachusetts**

**FURUKAWA ELECTRIC COMPANY OF NORTH AMERICA, OFS FITEL LLC**
**Plaintiff**
**-vs-**
**YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.**
**Defendant**

**CIVIL ACTION NO.: 05 11219 RGS**

**AFFIDAVIT OF PATRICIA BARRON**

I, Patricia Barron, am Director – International Services of 1-800-SERVE-EM, an Inter-Jurisdictional Process Service Clearing Firm. I am over the age of twenty-one, not a party nor an attorney for any party in this action, and state the following:

1.    We specialize in the service of civil process in foreign countries; and

2.    The United States and China are signatories to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, done at the Hague, November 15, 1965, (Hague Service Convention); and

3.    China has declared that all documents to be served must be translated into Chinese in their entirety; and

4.    We have forwarded to the Central Authority in China the Summons, Complaint, Exhibits A through F, Civil Cover Sheet, Corporate Disclosure Statement and Report on the Filing or Determination of an Action Regarding a Patent or Trademark, translation thereof and the USM 94 form (Request for Service Abroad of Judicial and Extrajudicial Documents) in accordance with the Hague Service Convention for service upon **YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.** 4# Guanshan Er. Rd, Wuhan, China; and

5.    No signatory nation is obligated under the Hague Service Convention to provide status with respect to service of documents in its possession; and

6.    As of March 7, 2006 there is no status available; and

7.    The Hague Service Convention does not impose an obligatory time frame; and

8.    It has been my continuous experience that the turn around time for effected service in China under the Hague Service Convention is approximately three months but has occasionally exceeded five months.

Patricia Barron
Director – International Services
1-800-SERVE-EM
Job Serial Number 2005100375
800.737.8336

SUBSCRIBED AND SWORN TO before me this 7th day of March, 2006

Notary

JENNIFER A. HUGHES
MY COMMISSION # DD 347001
EXPIRES: August 16, 2008
Bonded Thru Notary Public Underwriters