UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FURUKAWA ELECTRIC COMPANY OF NORTH AMERICA; OFS FITEL LLC,<br><br>           Plaintiffs,<br><br>   vs.<br><br>YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No.  05-cv-11219-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), the undersigned counsel hereby certifies that counsel for Plaintiff conferred in good faith with counsel for the Defendant on March 14, 2006 concerning the subject matter of Plaintiff's Motion For Alternative Service, Or In The Alternative, For An Extension Of Time To Serve The Defendant Under The Hague Convention. The parties were not able to resolve or narrow the issues raised therein.

Dated:  March 22, 2006

                                         Respectfully submitted,

                                         By: /s/ E. Page Wilkins
                                             Sarah Chapin Columbia (BBO# 550155)
                                             Carlos Perez-Albuerne (BBO# 640446)
                                             E. Page Wilkins (BBO# 654535)
                                             CHOATE, HALL & STEWART
                                             Two International Place
                                             Boston, Massachusetts 02110
                                             (617) 248-5000

<u>Certificate of Service</u>

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 22, 2006.

                                                  /s/ E. Page Wilkins
                                                  E. Page Wilkins

4055403v1