## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FURUKAWA ELECTRIC NORTH AMERICA, INC.; OFS FITEL LLC,<br><br>       Plaintiffs,<br><br>v.<br><br>YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.,<br><br>       Defendant. | Civil Action No.<br>05-cv-11219-RGS |

## **NOTICE OF APPEARANCE**

Please take notice of my appearance as counsel for the Defendant Yangtze Optical Fibre and Cable Company Ltd. in the above-entitled case.

Dated at Boston, Massachusetts this 5th day of April 2006.

                                                        By:   /s/ Joyce L. Tong
                                                             Joyce L. Tong (BBO No. 662253)
                                                             SULLIVAN & WORCESTER LLP
                                                             One Post Office Square
                                                              Boston, MA 02109
                                                              (617) 338-2800
                                                              Email: jtong@sandw.com