UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FURUKAWA ELECTRIC <br> NORTH AMERICA, INC.; OFS FITEL LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> YANGTZE OPTICAL FIBRE AND CABLE <br> COMPANY LTD., <br><br> Defendant. | Civil Action No. 05-cv-11219-RGS |

**JOINT STATEMENT AND DISCOVERY PLAN PURSUANT TO LOCAL RULE 16.1**

Plaintiffs Furukawa Electric North America, Inc. and OFS Fitel LLC (collectively, "Plaintiffs") and Defendant Yangtze Optical Fibre and Cable Company Ltd. ( "YOFC" or "Defendant") hereby submit this report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1(D).  On June 22, 2005, counsel for Plaintiffs and counsel for Defendant telephonically met and conferred as to the topics addressed by Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 16.1.  As a result of the parties' conference, Plaintiffs and Defendants have agreed on the following proposed discovery plans for the Court's consideration.

**I.      Introduction**

This is a suit for patent infringement of U.S. Patent Nos. 4,820,322 ("'322 patent"), 4,909,816 ("'816 patent"), 5,298,047 ("'047 patent"), and 5,418,881 ("'881 patent" and together with the '322 patent, the '816 patent, and the '047 patent, the "Patents"), and a countersuit for declarations of invalidity and non-infringement of the Patents.

### A. Plaintiff's Allegations

The '322, '816, '047 and '881 patents claim various optical fiber products and the methods for manufacturing them. YOFC, a company based in China, is responsible for manufacturing, importing into the United States, and promoting and selling in the United States, certain fiber optic products. Plaintiffs assert that the manufacture, use, sale and offer for sale of, *inter alia*, the YOFC products infringe certain of the claims of the '322, '816, '047 and '881 patents. Plaintiffs claim that YOFC's infringement in this regard has been willful.

### B. Defendant's Allegations

Defendant denies Plaintiffs' allegations and has asserted certain affirmative defenses: failure to state a claim, waiver, estoppel, laches, license, lack of infringement, and that the Patents are invalid, void, and unenforceable. The Defendant has also filed and served counterclaims seeking a declaratory judgment as to the non-infringement and invalidity of the Patents.

## II.    Discovery Schedule

The parties have met and conferred with respect to the timing of the discovery schedule, *Markman* hearing, and briefing in advance of the *Markman* hearing. The parties have also conferred regarding consolidation of this matter with a related case pending before this Court captioned *Furukawa Electric North America, Inc. and OFS Fitel LLC v. Antares Development International*, LLC, 05-CV-11665 RGS. The parties agree that the two matters should be consolidated and jointly propose that they should both proceed on the following agreed-upon schedule:

1. Plaintiffs shall identify to YOFC all claims of the Patents that it asserts have been infringed no later than July 14, 2006.

2.  Initial Disclosures shall be served no later than July 14, 2006.

3.  All amendments to the pleadings by written consent and the filing and serving of all motions for leave to amend any pleadings pursuant to Fed. R. Civ. P. 15(a) shall be filed, and all parties shall be joined, no later than August 30, 2006.

4.  All fact discovery shall be completed no later than May 25, 2007.

5.  All expert witnesses shall be designated, and all written reports of experts on which each party bears the burden of proof, shall be served no later than August 3, 2007.

6.  All rebuttal expert witnesses shall be designated, and all written rebuttal expert reports shall be served, no later than September 14, 2007.

7.  All expert depositions shall be completed no later than November 16, 2007.

8.  A <u>Markman</u> hearing on claim construction should be held at the Court's discretion upon request by one or both of the parties.

9.  Dispositive motions shall be filed no later than January 14, 2008.

### III. Limitations on Discovery

The parties have discussed the presumptive L.R. 26.1(C) limits and have agreed to: (1) 20 depositions per side; (2) a limit of three sets of requests for production of documents to each party; (3) no limit on the number of requests for admissions; and (4) a limit of 25 interrogatories to each party.

The parties further propose that either side be free to seek leave of Court to take additional discovery, if necessary, in light of the complex issues implicated by the allegations of infringement and likely defenses.

### IV. Protective Order

The parties expect that during the course of discovery, they will have need to exchange confidential trade secret and commercial information. As a result, the parties anticipate filing a proposed Stipulated Protective Order for the Court's consideration.

### V. Trial by Magistrate Judge

The parties do not consent to a trial before a Magistrate Judge.

**VI.     Settlement Proposal**

Plaintiffs, through counsel, provided Defendant with a settlement proposal on June 23, 2006 in accordance with Local Rule 16.1(C).

**VII.    Motions Pending**

None of the parties has any motions pending before the court.

**VIII.   Local Rules 16.1(D)(3) Statements**

The parties will separately file certificates under Local Rule 16.1(D)(3) at or prior to the scheduling conference.

Dated:  June 23, 2006

| | |
|---|---|
| **FURUKAWA ELECTRIC NORTH AMERICA, INC.; OFS FITEL LLC** | **YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.** |
| By their attorneys, | By its attorneys, |
| _____/s/ Sarah Chapin Columbia_____ | _____/s/ Richard S. Sanders_____ |
| Sarah Chapin Columbia (BBO No. 550155) | Richard S. Sanders (BBO No. 562014) |
| scolumbia@choate.com | rsanders@sandw.com |
| Carlos Perez-Albuerne (BBO No. 640446) | Samual A. Miller (BBO No. 648568) |
| cperez@choate.com | smiller@sandw.com |
| E. Page Wilkins (BBO No. 654535) | Joyce Tong (BBO No. 662253 ) |
| pwilkins@choate.com | jtong@sandw.com |
| CHOATE, HALL & STEWART | SULLIVAN & WORCESTER LLP |
| Two International Place | One Post Office Square |
| Boston, MA  02110 | Boston, MA  02109 |
| (617) 248-5000 (phone) | (617) 338-2800 (phone) |
| | (617) 338-2880 (fax) |

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 23, 2006.

<u>/s/ Sarah Chapin Columbia</u>
Sarah Chapin Columbia

4038916v2