UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FURUKAWA ELECTRIC NORTH AMERICA, INC.; and OFS FITEL LLC,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.,<br><br>　　　　Defendant. | Civil Action No. 05-cv-11219-RGS |

**JOINT MOTION FOR CONTINUANCE OF**
**<u>RULE 16.1 SCHEDULING CONFERENCE</u>**

Plaintiffs, Furukawa Electric North America, Inc. ("FENA") and OFS Fitel LLC ("OFS") (collectively "Plaintiffs") and Defendant Yangtze Optical Fibre and Cable Company Ltd. ("YOFC") respectfully request that the court continue the Rule 16.1 Scheduling Conference currently scheduled for November 28, 2006, for an additional forty-five (45) days. In support of this joint request the parties state:

　　1.　　The parties have agreed in principle to settle this case.

　　2.　　At the current time, the parties are exchanging drafts of documents that would, when fully negotiated, memorialize a settlement.

　　3.　　Given the circumstances, it would not be an efficient use of the Court's or the parties' resources to hold the Rule 16.1 conference.

　　Therefore, the Parties jointly request that the Court reschedule the Rule 16.1 conference until a time in mid December to allow the parties time to finalize their settlement discussions.

4147995-1

| | |
|---|---|
| **FURUKAWA ELECTRIC NORTH AMERICA, INC.; OFS FITEL LLC** | **YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD.** |
| By their attorneys, | By its attorneys, |
| /s/ Carlos Perez-Albuerne | /s/ Richard S. Sanders |
| Sarah Chapin Columbia (BBO No. 550155)<br>Carlos Perez-Albuerne (BBO No. 640446)<br>E. Page Wilkins (BBO No. 654535)<br>CHOATE, HALL & STEWART<br>Two International Place<br>Boston, MA  02110<br>(617) 248-5000 (phone) | Richard S. Sanders (BBO No. 562014)<br>Samual A. Miller (BBO No. 648568)<br>Joyce Tong (BBO No. 662253 )<br>SULLIVAN & WORCESTER LLP<br>One Post Office Square<br>Boston, MA  02109<br>(617) 338-2800 (phone)<br>(617) 338-2880 (fax) |

4147995-1