UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS


FURUKAWA ELECTRIC CO. OF NORTH AMERICA ET AL
    Plaintiff

        v.                        CIVIL ACTION NO. 05-11219-RGS

YANGTZE OPITAL FIBRE & CABLE CO.
    Defendant

<u>SETTLEMENT ORDER OF DISMISSAL</u>

STEARNS, DJ.

    THE COURT HAVING BEEN ADVISED BY COUNSEL THAT THE ABOVE-ENTITLED ACTION HAS SETTLED:

    IT IS HEREBY ORDERED THAT THIS ACTION BE DISMISSED WITHOUT COSTS AND WITHOUT PREJUDICE TO THE RIGHT OF ANY PARTY, UPON GOOD CAUSE SHOWN, TO RESTORE THIS ACTION TO THE DOCKET WITHIN 60 DAYS IF SETTLEMENT IS NOT CONSUMMATED.

    SO ORDERED.

                                    RICHARD G. STEARNS
                                    UNITED STATES DISTRICT JUDGE


                BY:

                            /s/ Mary H. Johnson
                            Deputy Clerk

DATED: 2-21-07