UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FURUKAWA ELECTRIC NORTH AMERICA, INC.; and OFS FITEL LLC, <br><br>    Plaintiffs, <br><br> vs. <br><br> YANGTZE OPTICAL FIBRE AND CABLE CO., LTD, <br><br>    Defendant. | Civil Action No. 05-cv-11219-RGS |

**ASSENTED-TO MOTION TO RESTORE THIS ACTION TO THE DOCKET**

Pursuant to the Court's February 21, 2007 Settlement Order of Dismissal, Plaintiffs Furukawa Electric North America, Inc. ("FENA") and OFS Fitel LLC ("OFS") (collectively "Plaintiffs") respectfully request that the Court restore this action to the docket. In support of this motion the Plaintiffs state:

1.  On February 21, 2007, the Court issued an order dismissing this case "without prejudice to the right of any party, upon good cause shown, to restore this action to the docket within sixty (60) days if settlement is not consummated."

2.  Although the parties have agreed in principle to settle this case, a settlement has not yet been consummated. Through oversight, the parties failed to file a motion to restore this action to the docket within sixty (60) days after the February 21, 2007 order.

Accordingly, the Plaintiffs now request that the Court restore this action to the docket.

3.  In a related litigation captioned *Furukawa Electric North America, Inc., et. al. v. Antares Development International LLC,* Civil Action No. 05-cv-11665-RGS, the Court entered also entered a 60-day order dismissing the case without prejudice to the right of any party to restore the action within sixty (60) days.  In that case, the parties filed a timely motion to restore the action to the docket, which the Court has granted.

4.  After granting the motion to restore the *Antares* case to the docket, the Court set a scheduling order setting the case for trial beginning in June, 2007.  The parties have this day filed a "Joint Motion for Relief from Scheduling Deadlines Set Forth in the Court's April 26, 2007 Order Setting Civil Case for Trial."  In that motion, the parties ask for additional time to complete the settlement of these cases.  It is anticipated that a similar request will be in this case.

5.  Defendant has assented to this request.

                         **FURUKAWA ELECTRIC NORTH AMERICA, INC.; OFS FITEL LLC**

                         By their attorneys,

                         /s/ Carlos Perez-Albuerne
                         Sarah Chapin Columbia (BBO No. 550155)
                         Carlos Perez-Albuerne (BBO No. 640446)
                         Wendy S. Plotkin (BBO No. 647716)
                         CHOATE, HALL & STEWART
                         Two International Place
                         Boston, MA  02110
                         (617) 248-5000 (phone)
                         (617) 248-4000 (fax)

Dated: May 17, 2007

**CERTIFICATE OF SERVICE**

     I, Carlos Perez-Albuerne, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 17, 2007.

                                                      /s/ Carlos Perez-Albuerne