UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FURUKAWA ELECTRIC NORTH AMERICA, INC., ET AL

      V.                              CIVIL ACTION NO. 05-11219-RGS

YANGTZE OPTICAL FIBRE AND CABLE CO., LTD.

# O R D E R

**STEARNS, DJ.**                                                              **MAY 18, 2007**

THE ASSENTED-TO MOTION TO RESTORE THE ABOVE ACTION TO THE DOCKET IS <u>ALLOWED IN PART AND DENIED IN PART.</u>

THE PARTIES SHALL HAVE AN EXTENSION OF THE SETTLEMENT ORDER OF DISMISSAL ENTERED ON 2-21-07 FOR A PERIOD OF FORTY-FIVE (45) DAYS FROM THE DATE OF THIS ORDER TO CONSUMMATE SETTLEMENT IN THIS CASE. THE REQUEST TO RESTORE THE ACTION TO THE DOCKET IS <u>DENIED.</u>

SO ORDERED.

                                                  /s/ Richard G. Stearns
                                                _____
                                                    **U. S. District Judge**