UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FURUKAWA ELECTRIC NORTH AMERICA, INC.; and OFS FITEL LLC,<br><br>        Plaintiffs,<br><br>        vs.<br><br>YANGTZE OPTICAL FIBRE AND CABLE CO., LTD,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-cv-11219-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by their respective attorneys, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this action and any and all claims and counterclaims herein shall be and hereby are dismissed, with prejudice and without costs, and that any and all rights of review and appeal shall be and hereby are waived.

| | |
|---|---|
| **FURUKAWA ELECTRIC NORTH AMERICA, INC. and OFS FITEL LLC** | **YANGTZE OPTICAL FIBRE AND CABLE COMPANY LTD,** |
| By their attorneys, | By its attorneys, |
| /s/ Sarah Chapin Columbia | /s/ Ira K. Gross |
| Sarah Chapin Columbia (BBO No. 550155)<br>Carlos Perez-Albuerne (BBO No. 640446)<br>E. Page Wilkins (BBO No. 654535)<br>CHOATE, HALL & STEWART<br>Two International Place<br>Boston, MA  02110<br>(617) 248-5000 (phone) | Ira K. Gross (BBO No. 212720)<br>SULLIVAN & WORCESTER LLP<br>One Post Office Square<br>Boston, MA  02109<br>(617) 338-2800 (phone) |

Dated:  July 24, 2007

4228165v1